STATE, Respondent, v. COOPER, Appellant.

(160 N. W. 520.)

(File No. 3710.    Opinion filed December 20, 1916.)

**Criminal Law—Appeals—Record—Decision, as Governing Appeal on Similar Record—Venue—Stipulation, Effect.**

Upon the present appeal, based upon a written stipulation, and an order of Court, that such appeal be submitted upon the record filed on previous appeal of a co-defendant, the decision in the previous case is controlling. So held, upon appeal from an order overruling motion for change of venue.

Appeal from Circuit Court, Meade County. Hon. WILLIAM G. RICE, Judge.

The defendant, Harrold M. Cooper, was convicted of crime, and he appeals. Reversed and remanded.

*Harry P. Atwater,* and *Martin & Mason,* for Appellants.

*Clarence C. Caldwell,* Attorney General, and *Byron S. Payne,* Assistant Attorney General, for the State.

SMITH, J. Appellant, Cooper, was jointly indicted with one Henry E. Perkins. Defendants Cooper and Perkins joined

in a motion for a change of venue. Separate orders were made by the trial court, overruling said motion as to each of the defendants. Perkins appealed to this court from a judgment of conviction, assigning as error, among other things, the denial of the motion for change of venue. Thereafter Cooper likewise appealed to this court from a judgment of conviction, assigning as error, among other things, the order overruling the motion for change of venue. Pending both appeals, it was stipulated in writing filed in this court on May 16, 1916, and an order made by this court, that the present appeal be submitted upon the record filed in the Perkins case, so far as the question of change of venue is concerned. On February 1, 1916, this court filed its decision in the Perkins case, reported in 156 N. W. 73, reversing the judgment for error in overruling the motion for change of venue. The decision in that case is controlling upon this appeal.

The order and judgment are therefore reversed, and the case remanded for further proceedings.